IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KIMBERLY HEREDIA, et al.,

    Plaintiffs,

v.                                                               CV No. 20-565 GBW/CG

CITY OF LAS CRUCES ex rel.
LAS CRUCES POLICE DEPARTMENT, et al.,

    Defendants.

## ORDER SETTING EXPEDITED BRIEFING

**THIS MATTER** is before the Court on Defendants' *Motion to Stay Discovery Pending Ruling on Qualified Immunity* (the "Motion"), (Doc. 58), filed September 23, 2020. **IT IS HEREBY ORDERED** that the parties shall submit expedited briefing on the Motion as follows:

    1.    Plaintiff shall file a response to the Motion no later than **5:00 p.m. on Thursday, October 1, 2020**; and

    2.    Defendants may file a reply to the Motion no later than **5:00 p.m. on Monday, October 5, 2020**.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE